1  ANN MORGAN
State Bar No. 933
2  SHANNON S. PIERCE
State Bar No. 12471
3  FENNEMORE CRAIG JONES VARGAS
300 East Second Street - Suite 1510
4  Reno, Nevada 89501
Telephone:    (775) 788-2200
5  Facsimile:    (775) 786-1177
amorgan@fclaw.com
6  spierce@fclaw.com
*Attorneys for Defendant*
7  *Charter Communications, Inc.*

8  **UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

9

10  TIMOTHY DEMBECK, an individual, on behalf    CASE NO 3:13-cv-00600-LRH-WGC
of himself and others similary situated,

11

12         Plaintiff(s),
vs.

13  CHARTER COMMUNICATIONS, INC., a
Delaware corporation; GUILLERMO "BILL"
14  RIVAS, an individual; DOES 1 through 50,
inclusive,

15
       Defendants.
16

17  **AMENDED STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**(First Request - Amended)**
18

19         WHEREAS, on or about October 30, 2013, Plaintiff Timothy Dembeck ("Plaintiff") filed

20  his complaint ("Complaint") in the instant action;

21         WHEREAS, on or about November 20, 2013, Plaintiff caused the Summons and

22  Complaint to be served on Defendant Charter Communications, Inc. ("Charter");

23         WHEREAS, Charter's response to the Complaint is due on or before December 11, 2013;

24         WHEREAS, Defendant Guillermo Rivas has not yet been served with the Summons and

25  Complaint in this matter (and thus, the Parties' original stipulation was incorrect on this point);

26         NOW, THEREFORE, it is hereby STIPULATED by Plaintiff and Charter that the deadline

27  for Charter to answer or otherwise respond to Plaintiff's Complaint is extended until January 27,

28  2014.

Page 1 of 3

1    Pursuant to LR 6-1, the parties state that with the exception of the parties' original

2  stipulation which is amended herein, no prior extensions have been sought or granted in this

3  matter.  The current extension is requested in light of the approaching holidays and availability of

4  counsel, and in order to enable Charter to have sufficient time to investigate and respond to the

5  Complaint.

6        DATED this 10th day of December, 2013.

7

8                                                          THIERMAN LAW FIRM

9                                                          _/s/ Mark Thierman_____
                                                           Mark Thierman
10                                                         State Bar No. 8285
                                                           7287 Lakeside Drive
11                                                         Reno, Nevada 89511
                                                           Tel: (775) 284-1500
12                                                         Fax:   (775) 703-5027

13                                                         Attorneys for Plaintiff
                                                           Timothy Dembeck

14        DATED this 10th day of December, 2013.

15                                                         FENNEMORE CRAIG JONES VARGAS

16                                                         _/s/ Shannon S. Pierce_____
                                                           ANN MORGAN
17                                                         State Bar No. 933
                                                           SHANNON S. PIERCE
18                                                         State Bar No. 12471
                                                           300 East Second Street - Suite 1510
19                                                         Reno, Nevada 89501
                                                           Tel: (775) 788-2200
20                                                         Fax:   (775) 786-1177

21                                                         Attorneys for Defendant
                                                           Charter Communications, Inc.
22

23                                                         IT IS SO ORDERED:

24

25                                                         William J. Cobb
                                                           _____
26                                                         United States Magistrate Judge

27

28                                                         Dated:  __December 11, 2013____

FENNEMORE CRAIG JONES VARGAS
300 East Second Street - Suite 1510
Reno, Nevada 89501
Tel: (775) 788-2200  Fax:  (775) 786-1177