ANN MORGAN
State Bar No. 933
SHANNON S. PIERCE
State Bar No. 12471
FENNEMORE CRAIG JONES VARGAS
300 East Second Street - Suite 1510
Reno, Nevada 89501
Telephone:   (775) 788-2200
Facsimile:    (775) 786-1177
amorgan@fclaw.com
spierce@fclaw.com
*Attorneys for Defendant*
*Charter Communications, Inc.*

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

| | |
|---|---|
| TIMOTHY DEMBECK, an individual, on behalf of himself and others similary situated,<br><br>              Plaintiff(s),<br>vs.<br><br>CHARTER COMMUNICATIONS, INC., a Delaware corporation; GUILLERMO "BILL" RIVAS, an individual; DOES 1 through 50, inclusive,<br><br>              Defendants. | CASE NO 3:13-cv-00600-LRH-WGC |

**AMENDED STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**(First Request - Amended)**

WHEREAS, on or about October 30, 2013, Plaintiff Timothy Dembeck ("Plaintiff") filed his complaint ("Complaint") in the instant action;

WHEREAS, on or about November 20, 2013, Plaintiff caused the Summons and Complaint to be served on Defendant Charter Communications, Inc. ("Charter");

WHEREAS, Charter's response to the Complaint is due on or before December 11, 2013;

WHEREAS, Defendant Guillermo Rivas has not yet been served with the Summons and Complaint in this matter (and thus, the Parties' original stipulation was incorrect on this point);

NOW, THEREFORE, it is hereby STIPULATED by Plaintiff and Charter that the deadline for Charter to answer or otherwise respond to Plaintiff's Complaint is extended until January 27, 2014.

1  Pursuant to LR 6-1, the parties state that with the exception of the parties' original
2  stipulation which is amended herein, no prior extensions have been sought or granted in this
3  matter.  The current extension is requested in light of the approaching holidays and availability of
4  counsel, and in order to enable Charter to have sufficient time to investigate and respond to the
5  Complaint.

6  DATED this 10th day of December, 2013.

THIERMAN LAW FIRM

 /s/ Mark Thierman
Mark Thierman
State Bar No. 8285
7287 Lakeside Drive
Reno, Nevada 89511
Tel: (775) 284-1500
Fax:  (775) 703-5027

Attorneys for Plaintiff
Timothy Dembeck

DATED this 10th day of December, 2013.

FENNEMORE CRAIG JONES VARGAS

 /s/ Shannon S. Pierce
ANN MORGAN
State Bar No. 933
SHANNON S. PIERCE
State Bar No. 12471
300 East Second Street - Suite 1510
Reno, Nevada 89501
Tel: (775) 788-2200
Fax:  (775) 786-1177

Attorneys for Defendant
Charter Communications, Inc.

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: December 11, 2013