UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY DEMBECK, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 3:13-cv-00600-LRH-WGC<br><br>**STIPULATION OF DISMISSAL; ORDER THEREON** |

Pursuant to Federal Rule of Civil Procedure 41 and 29 U.S.C. Section 216, Plaintiff Timothy Dembeck ("Plaintiff"), by and through his counsel of record, and Defendant Charter Communications, Inc. ("Defendant"), by and through its counsel of record (collectively referred to as the "Parties"), hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint on October 31, 2013 ("Action"), which contained a claim for failure to pay overtime under the Fair Labor Standards Act ("FLSA") and sought to proceed as a collective action under 29 U.S.C. Section 216;

WHEREAS, this Action was never conditionally certified or certified as a collective action;

WHEREAS, this Action was never certified as a class action;

WHEREAS, the Parties have agreed to resolve Plaintiff's individual FLSA claim and Plaintiff's other claims in the Action;

WHEREAS, as part of the Parties' settlement, they have agreed to dismissal of all claims and for Charter to pay Plaintiff Five Thousand Dollars ($5,000.00) for the dismissal with prejudice and release of his First Claim for Relief, which alleges that Defendant has violated the FLSA;

WHEREAS, the payment above is based on (1) Plaintiff's 13-month length of service during the claimed three-year statute of limitations period from the date Plaintiff filed the Action, and (2) the amount of weekly overtime Plaintiff alleges he worked over that 13-month time period;

WHEREAS, Defendant denies that it violated the FLSA as to Plaintiff, and denies that it engaged in any wrongdoing;

WHEREAS, the Parties have resolved Plaintiff's First Claim for Relief to avoid the cost and uncertainty of litigation; and

WHEREAS, in consideration for the settlement amount, Plaintiff signed a release of his claim that Defendant violated the FLSA.

THEREFORE, the Parties hereby stipulate that (a) the settlement amount above represents a fair and reasonable resolution of a bona fide dispute and that Plaintiff's claim for relief under

1

the FLSA be dismissed with prejudice with each party bearing its own costs and attorneys' fees; and (b) the entire Action should be dismissed with prejudice.

Dated: September 5, 2014.                                  THIERMAN LAW FIRM


By   */s/ Joshua D. Buck*
                    JOSHUA D. BUCK

Attorneys for Plaintiff
TIMOTHY DEMBECK


Dated: September 5, 2014.                                  MORGAN, LEWIS & BOCKIUS LLP


By:   */s/ Daryl S. Landy*
                    DARYL S. LANDY

Attorneys for Defendant
CHARTER COMMUNICATIONS, INC.

## **ORDER**

Good cause appearing, the Court hereby (1) approves the dismissal and release of Plaintiff's First Claim for Relief alleging that Defendant violated the FLSA, and (2) approves the dismissal of this entire action with prejudice.

DATED this 9th day of September, 2014.

**IT IS SO ORDERED:**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE